IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | * |
| | CASE NO. 3:04-CV-73(CDL) |
| CORROSION CONTROL, INC., CRAIG K. MEIER, DEBORAH L. MEIER, and CORRPRO COMPANIES, INC. | * |
| Defendants | * |

O R D E R

Plaintiff has filed a Motion for Stay of the execution of the judgment in this case pending appeal and a stay of the proceedings in *Corrpro Companies, Inc. v. Craig K. Meier, Deborah L. Meier, and CORROSION CONTROL, INC., d/b/a CCI*, Case No. 3:03-CV-31. Defendant Corrpro Companies, Inc. does not object to the stay of execution of the judgment but objects to the stay of the proceedings in Case No. 3:03-CV-31. Having fully considered Plaintiff's motion and Defendant's response, the Court finds that further delay in the proceedings in Case No. 3:03-CV-31 is not justified. Accordingly, Plaintiff's Motion to Stay the proceedings in Case No. 3:03-CV-31 is denied. Plaintiff's motion to otherwise stay the execution of the judgment in the above captioned case pending appeal is granted.

IT IS SO ORDERED, this 27th day of July, 2005.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE